IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LINDSEY E. SMITH,<br><br>   Plaintiff,<br><br>v.<br><br>JOHNSON CONTROLS SECURITY<br>SOLUTIONS, LLC; TYCO<br>INTEGRATED SECURITY LLC;<br>DESIGNCO CONSTRUCTION, INC.;<br>and MICHAEL MOORE,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.: 4:19-CV-00033-D<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Having considered the Motions to Remand filed by Plaintiff, Lindsey E. Smith, (Dkt. No. 21) and Defendants Designco Construction, Inc. and Michael Moore (Dkt. No. 23), and having reviewed the corresponding notices of non-opposition filed by Defendants Johnson Controls Security Solutions, LLC and Tyco Integrated Security LLC (Dkt. Nos. 26 and 27), it is hereby

ORDERED that the Motions to Remand (Dkt. Nos. 21 and 23) be GRANTED, and it is further

ORDERED that this matter be REMANDED to Pitt County Superior Court.

This the _1_ day of ~~April~~ May, 2019.

                    _/s/ Dever_
                    James C. Dever III
                    United States District Judge